# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **QUARDANI MHAMED,** | : |
| | : |
| **Petitioner,** | : |
| | : |
| v. | : **CIVIL ACTION NO. 09-00093-CG-B** |
| | : |
| **TOMMY BUFORD, et al.,** | : |
| | : |
| **Respondents.** | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this petition be and is hereby dismissed as moot.

**DONE and ORDERED** this 1st day of June, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE